**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s):  ghayes@tysonmendes.com
          npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE HENRY, an individual, | Case No.: 2:24-cv-02100-JAD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| WALMART INC. d/b/a WALMART, a foreign corporation; DOE EMPLOYEE, an individual; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | ECF No. 7 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff DIANE HENRY, by and through her counsel, KYLEE GLOECKNER, ESQ. of GLOECKNER INJURY LAW, PLLC, Defendant WALMART, INC., by and through their counsel, GRIFFITH H. HAYES, ESQ. and NICHOLAS F. PSYK, ESQ. of TYSON & MENDES, LLP, that Plaintiff's complaint and all

///

///

///

///

///

1

1  causes of action therein be dismissed with prejudice.

2  DATED this 16th day of April 2025                    DATED this 16th day of April 2025

3  TYSON & MENDES LLP                              GLOECKNER INJURY LAW, PLLC

5   /s/ *Griffith H. Hayes*                               /s/ *Kylee Gloeckner*

6  GRIFFITH H. HAYES                                KYLEE GLOECKNER
   Nevada Bar No. 7374                               Nevada Bar No. 14056
7  NICHOLAS F. PSYK                                 3535 Executive Terminal Dr., Suite 110
   Nevada Bar No. 15983                              Henderson, NV 89052
8  2835 St. Rose Parkway, Suite 140                 *Attorneys for Plaintiff*
   Henderson, NV 89052
9  *Attorneys for Defendant Walmart, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  4/22/25

2